UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WAVERLY LICENSING LLC,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**GRANITE RIVER LABS INC.,**<br><br>　　　　**Defendant.** | Civil Action No. 1:22-cv-00422-CFC |

## JOINT STIPULATION TO DISMISS

Now comes Plaintiff, Waverly Licensing LLC and Defendant, Granite River Labs Inc., by and through their counsel, pursuant to Fed. R. Civ. P 41(a)(2), hereby jointly stipulate and agree as follows:

Plaintiff voluntarily dismisses all of the claims asserted against Defendant Granite River Labs Inc. in the within action With Prejudice with each party bearing their own costs and fees.

Defendant voluntarily dismisses all of its counterclaims asserted against Plaintiff Waverly Licensing LLC in the within action Without Prejudice with each party bearing their own costs and fees.

| | |
|---|---|
| Dated: September 21, 2022 | Respectfully Submitted, |
| CHONG LAW FIRM PA | ASHBY & GEDDES |
| */s/ Jimmy Chong* | */s/ Steven J. Balick* |

| | |
|---|---|
| Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: patent@chonglawfirm.com<br><br>ATTORNEY FOR PLAINTIFF | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>SQUIRE PATTON BOGGS (US) LLP<br>Adam R. Hess (pro hac vice)<br>Alex E. Wolcott (pro hac vice)<br>2550 M Street, NW<br>Washington, DC 20037<br>(202) 457-6000<br>adam.hess@squirepb.com<br>alex.wolcott@squirepb.com<br><br>Attorneys for Defendant<br>Granite River Labs Inc. |

SO ORDERED this _____ day of September, 2022.

_____
CHIEF JUDGE