IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| WAVERLY LICENSING LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-420-CFC |
| | ) | |
| AT&T, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| WAVERLY LICENSING LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-422-CFC |
| | ) | |
| GRANITE RIVER LABS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Whereas the amended corporate disclosure statements filed by Plaintiff in the above-captioned case identify Son Nguyen as Plaintiff's owner; and

Whereas the Court has concerns about the accuracy of those statements and whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

NOW THEREFORE, at Wilmington on this Twenty-first day of September in 2022, it is HEREBY ORDERED that:

1. The Court will hold on December 6, 2022 at 1:00 p.m. an evidentiary hearing to determine whether the amended corporate disclosure statements are accurate and whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

2. The following individuals shall attend the hearing in person: Jimmy Chong and Son Nguyen.

                                                        _____
                                                                       CHIEF JUDGE