UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHAMBERS OF
COLM F. CONNOLLY
U.S. DISTRICT JUDGE



U.S. COURTHOUSE
844 N. KING STREET Unit 31
WILMINGTON, DELAWARE 19801-3568
302-573-6310

January 29, 2024

David A. White, Esquire
Office of Disciplinary Counsel
The Supreme Court of Delaware
405 N. King St., Ste. 420
Wilmington, DE 19801

**Re: Mr. Jimmy Chong**

Dear Mr. White:

  On January 17, 2024, I held a combined hearing in Civil Action Nos. 22-420 and 22-422. Mr. Jimmy Chong (Bar Number 4839) is counsel for Plaintiff Waverly Licensing LLC (Waverly) in these cases. It became clear at the hearing that Mr. Chong's conduct in representing Waverly was similar, if not identical, to his conduct in representing Mellaconic IP LLC and Lamplight Licensing LLC. For the reasons outlined in the letter and Memorandum Opinion I sent you on December 1, 2023, I believe that additional disciplinary sanctions may be warranted against Mr. Chong for his conduct in representing Waverly.

  As with my previous referral, would you please let me know what, if any, action is taken by the Office of Disciplinary Counsel with respect to these matters? Thank you.

Sincerely,

Colm F. Connolly
Chief Judge
